UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re: ) In Proceedings Under Chapter 11
)
GATEWAY ETHANOL, L.L.C. ) Case No. 08-22579-DLS
)
Debtor. )

**MOTION FOR EXTENSION OF TIME FOR FILING SCHEDULES
OF ASSETS AND LIABILITIES, SCHEDULES OF CURRENT
INCOME AND EXPENDITURES, STATEMENTS OF FINANCIAL
AFFAIRS AND STATEMENTS OF EXECUTORY CONTRACTS**

**COMES NOW** Gateway Ethanol, L.L.C. as Debtor and Debtor in Possession ("Debtor"), and submits its Motion for Extension of Time for Filing Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Statements of Financial Affairs and Statements of Executory Contracts (the "Motion"). In support of this Motion, Debtor relies on the Affidavit of Frederick S. Loomis in Support of Chapter 11 First Day Applications and Motions (the "Loomis Affidavit"). In further support of this Motion, Debtor respectfully represents as follows:

1. On even date with the filing of this Motion (the "Petition Date"), Debtor filed a voluntary petition in this Court for reorganization relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "Bankruptcy Code"). Debtor continues to operate its business and manage its properties as debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. No trustee or examiner has been appointed, and no official committee of creditors or equity interest holders has yet been established.

3. Debtor has filed this Motion and an <u>Emergency Motion for Expedited Hearing on Certain Motions and Applications</u> (the "Hearing Motion"). Included within the Hearing Motion is this Motion.

4. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this case and motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND OF THE DEBTOR

5. The background of this case may be found in the Loomis Affidavit.

## RELIEF REQUESTED

6. At the time of filing its voluntary petition, Debtor filed a matrix listing its known creditors' and interested parties' names and addresses. The matrix contains the names and addresses of approximately 350 creditors and parties in interest.

7. Due to Debtor's necessity to quickly file its Chapter 11 petition, the nature of Debtor's business and its assets, liabilities, financial and transactional records, executory contracts and unexpired leases, and the number of demands on the personnel possessing information necessary to complete schedules, Debtor is unable to complete and file its Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Statements of Financial Affairs and Statements of Executory Contracts (collectively, the "Schedules") with its petition.

8. Debtor expects to have all information necessary to enable it to complete the preparation of its Schedules on or before October 31, 2008.

**WHEREFORE,** Debtor respectfully requests that the Court enter an order extending the deadline for filing its Schedules up to and including October 31, 2008, and for such other and further relief as is just and proper.

Respectfully submitted,

BRYAN CAVE LLP


By:  /s/ Laurence M. Frazen
    Laurence M. Frazen    KS Fed. #70114
    Tammee E. McVey    KS #14972
    3500 One Kansas City Place
    1200 Main Street
    Kansas City, Missouri 64105
    Telephone: (816) 374-3200
    Facsimile: (816) 374-3300

Attorneys for Debtor and Debtor in Possession

3
KC01DOCS\904601.1
Case 08-22579    Doc# 13    Filed 10/05/08    Page 3 of 3