**SO ORDERED.**

**SIGNED this 22 day of February, 2011.**



_____
**Dale L. Somers**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| GATEWAY ETHANOL, L.L.C. | ) | Case No. 08-22579-DLS |
| Debtor. | ) | |
| | ) | |

### ORDER OF DISMISSAL

This matter having come before the Court upon Debtor's Motion to Dismiss Chapter 11 Case, or in the Alternative, Convert Case to Chapter 7 (the "Motion") [docket no. 738], and the objection filed by Indeck Power Equipment Company ("Indeck") to the Motion (the "Objection") [docket no. 799]; the Court having considered the Motion and the Objection, and the other pleadings on file in this case; notice of the Motion having been properly given and adequate under the circumstances; the Court having conducted a telephone hearing on the Motion on January 21, 2011, at which the Court considered the arguments of counsel for the Debtor and counsel for Indeck; and on February 11, 2011, the Court entered a Memorandum Opinion and Order Granting Debtor's Motion to Dismiss [docket no. 800] in which the Court

determined that cause existed to convert or dismiss Debtor's Chapter 11 case and that dismissal of Debtor's Chapter 11 case is in the best interests of creditors and the estate:

**IT IS HEREBY ORDERED THAT** Debtor's Chapter 11 case is DISMISSED; and

**IT IS FURTHER ORDERED THAT** as a condition of dismissal of Debtor's Chapter 11 case, Debtor shall pay all quarterly fees due and owing to the United States Trustee.

# # #

**ORDER SUBMITTED BY:**

Laurence M. Frazen, KS Fed. #70114
Tammee E. McVey, KS #14972
BRYAN CAVE LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
Telephone: (816) 374-3200
Telecopy: (816) 374-3300

Attorneys for Debtor and Debtor in Possession